**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-01116-LTB-OES

JOSHUA McQUEEN, a minor, by and through his parents,
KEITH and SHAUNA McQUEEN,
    Plaintiffs,

v.

COLORADO SPRINGS SCHOOL DISTRICT NO. 11, and
various of its elected and appointed representatives in their official capacities,
    Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    The Colorado Department of Education's ("CDE") Motion for Leave to File Brief as *Amicus Curiae* in Support of Affirmance (filed June 6, 2005) is **GRANTED**.  The tendered Amicus Brief is accepted for filing.

    The Colorado Association of School Boards' ("CASB") Motion for Leave to File a Brief as *Amicus Curiae* in Support of Affirmance (filed June 6, 2005) is **GRANTED**.  The tendered Amicus Brief is accepted for filing.

Dated:  June 7, 2005
_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CERTIFICATE OF SERVICE**

Civil Case No.  04-cv-01116-LTB-OES

The undersigned certifies that a copy of the foregoing MINUTE ORDER was served on June 7, 2005, by:

(X) delivery to:

Anthony B. Dyl
Assistant Attorney General
Education Unit
**DC BOX 20**

Magistrate Judge O. Edward Schlatter


(X) depositing the same in the United States Mail, postage prepaid, addressed to:

Michael C. Cook, Esq.
Michael C. Cook, PC
509 North Tejon Street
Colorado Springs, CO 80903

Brent E. Rychener, Esq.
Deborah S. Menkins, Esq.
Holme Roberts & Owen, LLP
90 South Cascade Avenue, Suite 1300
Colorado Springs, CO 80903

Kathleen M. Shannon, Esq.
Colorado Association of School Boards
1200 Grant Street
Denver, CO 80203

_____
Deputy Clerk