IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Action No. 04-CV-01116-LTB-OES

JOSHUA McQUEEN, a minor,
by and through his parents, KEITH and
SHAUNA McQUEEN,

      Plaintiffs,

v.

COLORADO SPRINGS SCHOOL DISTRICT No. 11,
and various of its elected and appointed representatives in
their official capacities,

      Defendants.

_____

**ORDER**
_____

Upon Plaintiff's Motion to Alter or Amend Judgment Pursuant to Federal Rule of

Civil Procedure 59(e) or to Reopen this Case Pursuant to Federal Rule of Civil Procedure

59(a) (Doc 31 - filed March 19,2006), it is

ORDERED that Plaintiff's Motion is DENIED.

BY THE COURT:


    s/Lewis T. Babcock
    LEWIS T. BABCOCK, Chief Judge
    United States District Court

DATED: March 20, 2006