IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 04-cv-01116-LTB-MEH

JOSHUA McQUEEN, a minor,
by and through his parents, KEITH and
SHAUNA McQUEEN,

       Plaintiffs,

v.

COLORADO SPRINGS SCHOOL DISTRICT No. 11,
and various of its elected and appointed representatives in
their official capacities,

       Defendants.

_____

**ORDER**
_____

On June 18, 2007, the Tenth Circuit Court of Appeals issued its mandate upon the Judgment entered by the Tenth Circuit Court of Appeals remanding this case to this Court with instructions to dismiss. Being sufficiently advised and upon the mandate of the Tenth Circuit Court of Appeals

IT IS ORDERED that the above action is DISMISSED.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                                LEWIS T. BABCOCK, Judge
                                                United States District Court

DATED: June 21, 2007